IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAY 22 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| MANUEL CRUZ-ISLAS, PETITIONER, | § § § | |
| VS, | § | CIVIL CAUSE # **B-02-105** |
| UNITED STATES OF AMERICA, RESPONDENT. | § § | CRIM. CAUSE # B-99-263-01-B |

<u>PETITIONER'S MOTION FOR LEAVE TO FILE FIRST §2255</u>

    COMES FORTH Manuel Cruz-Islas, inmate register number 86510-079 who is currently incarserated at U.S. Penitentiary in Beaumont, Texas; with his original Collateral Attack Motion pursuant to 28 U.S.C. §2255 within the One-Year prescribed under the AEDPA after the Fifth Circuit final judgment order dated August 21,2001 under appeal number 00-41153 U.S. v Cruz-Islas (5th. Cir. 2001).

    Petitioner incorporates his application to his motion for leave to file a "Memorandum of Law and Authorities" in support to the four issues raised in the application form. Petitioner careful and respectfully prays for jurisdiction and leave to file his memorandum in support to the issues presented and for a cause number to be issued in this matter.

    RESPECTFULLY EXECUTED this 20th. day of May 2002.

                              *Manuel Cruz Islas*
                        MANUEL CRUZ-ISLAS    PRO-SE

c.c. files