AO 243 (Rev. 5/85)

MOTION UNDER 28 USC § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY

B-02-105

| United States District Court | District SOUTHERN DISTRICT OF TEXAS | |
|---|---|---|
| Name of Movant MANUEL CRUZ-ISLAS | Prisoner No. 86510-079 | Case No. 99-CR-263-B |
| Place of Confinement UNITED STATES PENITENTIARY/BEAUMONT PRISON COMPLEX | | |

| UNITED STATES OF AMERICA | V. | MANUEL CRUZ-ISLAS (name under which convicted) |
|---|---|---|

United States District Court
Southern District of Texas
FILED
MAY 22 2002
Michael N. Milby
Clerk of Court

## MOTION

1. Name and location of court which entered the judgment of conviction under attack __U.S. DISTRICT COURT, SOUTHERN DISTRICT OF TEXAS, BROWNSVILLE, DIVISION__

2. Date of judgment of conviction __OCTOBER 22, 1999/ RE-SENTENCED SEPTEMBER 25, 2000__

3. Length of sentence __77 MONTHS__

4. Nature of offense involved (all counts) __ILLEGAL ENTRY INTO THE UNITED STATES AFTER DEPORTATION. 8 U.S.C. §1326(A)&(B)__

5. What was your plea? (Check one)
   (a) Not guilty ☐
   (b) Guilty ☒
   (c) Nolo contendere ☐

   If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details:
   __GUILTY ON SINGLE COUNT OF INDICTMENT__

6. If you pleaded not guilty, what kind of trial did you have? (Check one)
   (a) Jury ☐
   (b) Judge only ☐          N/A

7. Did you testify at the trial?
   Yes ☐ No ☒

8. Did you appeal from the judgment of conviction?
   Yes ☒ No ☐

(2)

AO 243 (Rev. 5/85)

9. If you did appeal, answer the following:

   (a) Name of court  U.S. COURT OF APPEALS FOR THE FIFTH CIRCUIT

   (b) Result  REMANDED FOR RESENTENCING ON AUG. 21, 2000

   (c) Date of result  AUG. 21, 2000

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications or motions with respect to this judgment in any federal court?
    Yes ☐  No ☒

11. If your answer to 10 was "yes," give the following information:

    (a) (1) Name of court  N/A

    (2) Nature of proceeding

    (3) Grounds raised

    (4) Did you receive an evidentiary hearing on your petition, application or motion?
        Yes ☐  No ☐

    (5) Result  N/A

    (6) Date of result

    (b) As to any second petition, application or motion give the same information:

    (1) Name of court

    (2) Nature of proceeding

    (3) Grounds raised

(3)

AO 243 (Rev. 5/85)

    (4) Did you receive an evidentiary hearing on your petition, application or motion?
        Yes ☐ No ☐

    (5) Result _____ N/A _____

    (6) Date of result _____

(c) Did you appeal, to an appellate federal court having jurisdiction, the result of action taken on any petition, application or motion?
    (1) First petition, etc.    Yes ☐ No ☐
    (2) Second petition, etc.    Yes ☐ No ☐

(d) If you did not appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

_____

_____

_____

_____

_____

_____

_____

_____

_____

12. State *concisely* every ground on which you claim that you are being held in violation of the constitution, laws or treaties of the United States. Summarize briefly the facts supporting each ground. If necessary, you may attach **pages stating additional grounds and facts supporting same.**

CAUTION: If you fail to set forth all ground in this motion, you may be barred from presenting additional grounds at a later date.

    For your information, the following is a list of the most frequently raised grounds for relief in these proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you have other than those listed. However, you should raise in this motion all available grounds (relating to this conviction) on which you based your allegations that you are being held in custody unlawfully.

    Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The motion will be returned to you if you merely check (a) through (j) or any one of the grounds.

(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily or with understanding of the nature of the charge and the consequences of the plea.

(b) Conviction obtained by use of coerced confession.

AO 243 (Rev. 5/85)

- (c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.
- (d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.
- (e) Conviction obtained by a violation of the privilege against self-incrimination.
- (f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
- (g) Conviction obtained by a violation of the protection against double jeopardy.
- (h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impanelled.
- (i) Denial of effective assistance of counsel.
- (j) Denial of right of appeal.

A. Ground one: __PETITIONER RECEIVED INEFFECTIVE ASSISTANCE OF COUNSEL DURING RESENTENCING ON SEPT. 15, 2000.__

Supporting FACTS (state *briefly* without citing cases or law) __DURING RESENTENCING ON SEPTEMBER 15, 2000, DEFENSE COUNSEL TIMOTEO E. GOMEZ WAS NOT PREPARED WITH MATERIAL INFORMATION TO PRESENT TO THE COURT THE SOLE MOTIVES FOR HIS RETURN TO THE UNITED STATES AND COULD NOT EXPLAIN TO THE COURT OF THE REASONS FOR THE FIFTH CIRCUIT REVERSAL THAT MADE THE COURT "FURIOUS" AGAINST PETITIONER TO AN EXTENT TO INSTEAD OF LOWERING HIS SENTENCE, THE COURT INCREASED IT AND LATER REINSTATED THE OLD SENTENCE.__

B. Ground two: ____

__THE 16 POINT ENHANCEMENT PURSUANT TO 2L1.2(1)(A) IS IN VIOLATION OF THE DUE PROCESS CLAUSE.__

Supporting FACTS (state *briefly* without citing cases or law): __THE GRAND JURY INDICTMENT TO WHICH GIVES THE DISTRICT COURT JURISDICTION TO SENTENCE DOES NOT CHARGE PETITIONER WITH AN AGGRAVATED FELONY AND DEPRIVED THE GOVERNMENT AND THE COURT TO IMPOSE THE 16 LEVEL ENHANCEMENTS PURSUANT TO 2L1.2(b)(2) AND SHOULD FALL UNDER THE 4 LEVEL ENHANCEMENT OF 2L1.2(b)(1). Petitioner's sentence must be reduced to base offense level of 12.__

C. Ground three: __APPELLATE COUNSEL TIMOTEO GOMEZ (SAME) RENDERED INEFFECTIVE ASSISTANCE OF COUNSEL FOR FAILURE TO OBJECT AND RAISE THE REASONS PETITIONER ENTERED THE UNITED STATES ON APPEAL.__

Supporting FACTS (state *briefly* without citing cases or law): ____

__PETITONER ASSERTS THAT APPELLATE COUNSEL RENDERED INEFFECTIVE ASSISTANCE FOR FAILURE TO OBJECT AND RAISE ON APPEAL THE DENIAL OF THE DOWNWARD DEPARTURE AFTER REVERSAL AND THE INCREASE SENTENCE ON APPEAL WHERE INSTEAD, APPELLATE COUNSEL RAISED THE SAME ISSUE AS PRIOR APPEAL?__

AO 243 (Rev. 5/85)

D. Ground four: <u>WHETHER THE COURT WOULD GRANT APPOINTMENT OF COUNSEL AND EVIDENTIARY HEARING ON §2255 COLLATERAL ATTACK MOTION TOGETHER WITH DISCOVERY?</u>
Supporting FACTS (state *briefly* without citing cases or law): PETITIONER REQUEST THE APPOINTMENT OF COUNSEL UNDER §2255 AND DISCOVERY AND EVIDENTIARY HEARINGS IN ORDER TO PRESENT HIS DEFENSE.

13. If any of the grounds listed in 12A, B, C, and D were not previously presented, state briefly what grounds were not so presented, and give your reasons for not presenting them: NONE OF THE ISSUES PRESENTED HAVE BEEN RAISED DUE TO DEFENSE COUNSEL'S INEFFECTIVENESS ON ALL, TRIAL, SENTENCING AND DIRECT APPEAL.

14. Do you have any petition or appeal now pending in any court as to the judgment under attack?
Yes ☐ No ☒

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:
N/A
(a) At preliminary hearing _____
(b) At arraignment and plea _____
(c) At trial _____
(d) At sentencing _____
N

(e) On appeal _____ N/A _____

(f) In any post-conviction proceeding _____ N/A _____

(g) On appeal from any adverse ruling in a post-conviction proceeding _____
_____ N/A _____

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at approximately the same time?
Yes ☐ No ☒

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
Yes ☐ No ☒

   (a) If so, give name and location of court which imposed sentence to be served in the future: _____
_____ N/A _____

   (b) Give date and length of the above sentence: ___ N/A _____

   (c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
Yes ☐ No ☒

Wherefore, movant prays that the Court grant him all relief to which he may be entitled in this proceeding.

_____
Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

_____
(date)

*Manuel Cruz Islas*
Signature of Movant

(7)