UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MANUEL CRUZ-ISLAS,<br>    Plaintiff-Petitioner, | §<br>§<br>§ | |
| VS. | §<br>§ | CIVIL ACTION NO. B-02-105 |
| | §<br>§ | CRIMINAL NO. B-99-263-01 |
| UNITED STATES OF AMERICA,<br>    Defendant-Respondent. | §<br>§ | |

<u>O R D E R</u>

Petitioner, Manuel Cruz-Islas, has filed a Motion To Vacate Sentence pursuant to Title 28, U.S.C. § 2255. Petitioner will be allowed to proceed in Forma Pauperis. The United States Government is hereby ordered to file a response by July 8, 2002.

DONE at Brownsville, Texas, this 23rd day of May, 2002.

John Wm. Black
United States Magistrate Judge
