# United States District Court

SOUTHERN **DISTRICT OF** TEXAS

United States District Court
Southern District of Texas
FILED
JUN 1 2 2002
Michael N. Milby
Clerk of Court

MANUEL CRUZ-ISLAS
  MOVANT-DEFENDANT,

V.

UNITED STATES OF AMERICA
  RESPONDENT.

APPLICATION TO PROCEED IN
FORMA PAUPERIS, SUPPORTING
DOCUMENTATION AND ORDER

CASE NUMBER: **B-02-105**

---

I, _____MANUEL CRUZ-ISLAS_____, declare that I am the (check appropriate box)

[X] petitioner/plaintiff    [X] movant (filing 28 U.S.C. 2255 motion)

[ ] respondent/defendant    [ ] _____
                     other

in the above-entitled proceeding; that, in support of my request to proceed without being required to prepay fees, cost or give security therefor, I state that because of my poverty, I am unable to pay the costs of said proceeding or give security therefor; that I believe I am entitled to relief. The nature of my action, defense, or other proceeding or the issues I intend to present on appeal are briefly stated as follows:

In further support of this application, I answer the following questions.

1. Are you presently employed?                 Yes [ ]   No [X]
    a. If the answer is "yes," state the amount of your salary or wages per month, and give the name and address of your employer. (list both gross and net salary)

                 N/A

    b. If the answer is "no," state the date of last employment and the amount of the salary and wages per month which you received.

            OCTOBER 1999 / MEXICO

2. Have you received within the past twelve months any money from any of the following sources?
    a. Business, profession or other form of self-employment    Yes [ ]   No [X]
    b. Rent payments, interest or dividends?    Yes [ ]   No [X]
    c. Pensions, annuities or life insurance payments?    Yes [ ]   No [X]
    d. Gifts or inheritances?    Yes [ ]   No [X]
    e. Any other sources?    Yes [ ]   No [X]

United States District Court
Southern District of Texas
RECEIVED
JUN 12 2002 10:53 AM w/o
Michael N. Milby, Clerk

If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past twelve months.

N/A

3. Do you own any cash, or do you have money in checking or savings accounts?
   Yes ☐  No ☒  (Include any funds in prison accounts.)
   If the answer is "yes," state the total value of the items owned.

N/A

4. Do you own or have any interest in any real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing)?
   Yes ☐  No ☒
   If the answer is "yes," describe the property and state its approximate value.

N/A

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.
   ANGIE VEGA (WIFE) AND (9) CHILDREN

   PETITIONER CONTRIBUTES BASICALLY ALL HE EARNS IN PRISON WORK UNICOR

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  MAY 30, 2002
                (Date)

X _Manuel Cruz Islas_
   Signature of Applicant

---

**CERTIFICATE**
(Prisoner Accounts Only)

I certify that the applicant named herein has the sum of $ 398.33 on account to his credit at the USP BEAUMONT, TX institution where he is confined. I further certify that the applicant likewise has the following securities to his credit according to the records of said institution: N/A

I further certify that during the last six months the applicant's ~~average balance~~ DEPOSITS was $ 1124.24

_signature_ Correctional Counselor
Authorized Officer of Institution

---

**ORDER OF COURT**

| The application is hereby denied | The application is hereby granted. Let the applicant proceed without prepayment of cost or fees or the necessity of giving security therefor. |
|---|---|
| _____  _____ | _____  _____ |
| United States Judge    Date | United States Judge    Date |
|  | or Magistrate |