IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 0 5 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| MANUEL CRUZ-ISLAS, | § | |
| PLAINTIFF-PETITIONER, | § | |
| vs, | § | CIVIL NO. B-02-CV-105 |
| UNITED STATES OF AMERICA, | § | CRIM. NO. B-99-CR-263 |
| DEFENDANT-RESPONDENT. | § | |

## MOTION FOR LEAVE TO FILE AN OBJECTION TO MAGISTRATE'S REPORT & RECOMMENDATION

COMES NOW movant-defendant Manuel Cruz-Islas with his motion for leave to file an objection to Magistrate's Report & Recommendation filed on August 26, 2002, "served" on movant-defendant via regular third class mail on August 30, 2002.

### SERVICE

According to current Circuit precedent, there is a ten (10) day time schedule to file an objection. By the time movant received the magistrate's report and recommendation, taken together with the "Labor Day" weekend, movant defendant has three valid days to file a response.

PAGE ONE OF MOTION FOR LEAVE

## LEAVE TO FILE AN OBJECTION

Movant-defendant hereby careful and respectfully moves for leave to file an objection to the Magistrate's Report & Recommendation "clarifying" a few point of law and authorities together with ongoing discrepancies created on the Government's response and magistrate's report.

## PRAYER

Movant-defendant prays that the Court holds in abeyance the final judgment order until movant files his objection to the Magistrate's Report & Recommendation and that the Court honor the ten (10) days prescribed under current precedent to start from the time the defendant received the report and recommendation via "regular mail" instead of "legal mail" or certified mail as per current practices.

EXECUTED this 2nd. day of September 2002.

RESPECTFULLY PRESENTED this 2nd. day of September 2002 pursuant to the prison legal mail procedures set under Houston v Lack, 487 U.S. 266 (1988) and on this day I declare to have served the Clerk of the Court with an original and two copies via first class mail, postage prepaid.

MANUEL CRUZ-ISLAS   PRO-SE
REG. NO. 86510-079
UNITED STATES PENITENTIARY
P.O. BOX 26030 D/B UNIT
BEAUMONT, TEXAS 77720-6030

c.c. files

PAGE TWO OF MOTION FOR LEAVE