IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 2 3 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| MANUEL CRUZ-ISLAS, | § | |
| MOVANT-DEFENDANT, | § | |
| vs, | § | CRIM. NO. B-99-263 |
| UNITED STATES OF AMERICA, | § | CIVIL NO. B-02-105 |
| RESPONDENT. | § | |

MOVANT'S MOTION FOR LEAVE TO SUPPLEMENT
OBJECTION TO MAGISTRATE'S REPORT & RECOMMENDATION?

COMES FORTH movant-defendant Manuel Cruz-Islas with his motion for leave [consideration FRCvP 59(e)] to supplement his objection to Magistrate's Report & Recommendation based on current Fifth Circuit Precedent?

The Court's recent opinion in United States v Garcia-Cantu, No. 01-41029 (5th. Cir. August 9, 2002) WL 1827802; the Court reasons that an 8-level increase rather than a 16-level increase are more appropriate. USSG §2L1.2(b)(1)(C)(eff. November 1, 2001). Citing U.S. v Velasquez-Overa, 100 F.3d 421; United States v Kirk, 111 F.3d 390,394-95 (5th. Cir. 1997).

Movant persist that the two 2nd. degree personal use possession should not constitute an aggravated offense

-1-

pursuant to 18 U.S.C. § 16 as to increase by 16 level for illegal re-entry.

Movant hereby careful and respectfully moves for leave to supplement his filed objections with this current Circuit precedent in support.

WHEREFORE movant prays for grant of leave to supplement and for a correction of the 16-level enhencement to an 8-level enhencement under current precedent.

RESPECTFULLY PRESENTED this 18th. day of September 2002 pursuant to the prison legal mail procedures set forth under Houston v Lack, 487 U.S. 266 (1988) and on this day I declare to have served the Clerk of the Court with an original and two copies of said motion.

CERTIFICATE OF SERVICE

Movant declares to have served United States Attorney's Office with an original copy of said motion for leave to supplement.

*Manuel Cruz Islas*

MANUEL CRUZ-ISLAS     PRO-SE
REG. NO. 86510-079
UNITED STATES PENITENTIARY
P.O. BOX 26030   D/B UNIT
BEAUMONT, TEXAS 77720-6030

c.c. files