IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
OCT 0 2 2002
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| MANUEL CRUZ-ISLAS, § | |
| Plaintiff-Petitioner, § | |
| § | |
| VS § | CIVIL ACTION NO. B- 02-105 |
| § | |
| UNITED STATES OF AMERICA, § | |
| Defendant, Respondent. § | |

**ORDER ADOPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION AND DISMISSING PETITION**

Before the Court is Magistrate Judge's Report and Recommendation as well as Petitioner's objections thereto. After a de novo review of the entire file, it is the opinion of this Court that the Magistrate Judge's Report and Recommendation of August 26, 2002, should be adopted and the petition be dismissed. The Court further notes that the opinion of the Fifth Circuit Court of Appeals in <u>United States v. Gracia-Cantu</u>, 302 F.3d 308 (2002), is not analogous to Petitioner's case as Amendment 632 of the United States Sentencing Guidelines does not have retroactive effect.

DONE this 1st day of October, 2002 in Brownsville, Texas.

Filemon B. Vela
United States District Judge