IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

OCT 18 2002

Michael N. Milby
Clerk of Court

| | |
|---|---|
| MANUEL CRUZ-ISLAS, § | |
| PLAINTIFF-PETITIONER, § | CIVIL NO. B-02-105 |
| vs, § | CRIM. NO. B-99-263 |
| UNITED STATES OF AMERICA, § | |
| RESPONDENT. § | |

---

RULE 59(e) RECONSIDERATION MOTION/NOTICE OF APPEAL?

---

COMES FORTH plaintiff Manuel Cruz-Islas with his timely Rule 59(e) reconsideration motion to amend final judgment order.

The final judgment order states that USSG Amendment 632 to 2L1.2 was not made retroactive and cannot be applied to plaintiff's case and that the new rule announced in United States v Gracia-Cantu, 302 F3d 308 (2002), is not analogous to petitioner's case.

Petitioner asserts that the current precedent of the Fifth Circuit should apply even if USSG Amendment 632 has not yet been made retroactive in order to avoid miscarriage of justice. Petitioner careful and respectfully prays for reconsideration and application of the new rule in light of the fact that the Magistrate Judge did not have before him the new Fifth Circuit precedent in Gracia-Cantu and was not part of the Magistrate's Report & Recommendation for it to be adopted as such. Petitioner request elaboration and consideration of the claim.

EXECUTED this 9th. of October 2002.

RESPECTFULLY PRESENTED this 9th. day of October 2002 pursuant to the prison legal mail procedures established in Houston v Lack, 487 U.S. 266 (1988); Caldwell v Amend, 30 F3d 130 (5th. Cir. 1995) and on this day I declare to have served the Clerk of the Court with an original and one copy of the reconsideration motion and AUSA U.S. Depatment of Justice with a copy of such, via first class mail, postage prepaid.

*Manuel Cruz Islas*

MANUEL CRUZ-ISLAS PRO-SE
REG. NO. 86510-079
UNITED STATES PENITENTIARY
P.O. BOX 26030 D/B UNIT
BEAUMONT, TEXAS 77720-6030

c.c. files
c.c. AUSA

-2-

TRUE COPY I CERTIFY
ATTEST:
MICHAEL N. MILBY, Clerk of Court
By _____
Deputy Clerk