IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

NOV 1 4 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| MANUEL CRUZ ISLAS, | § | |
| Plaintiff-Petitioner, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-02-105 |
| | § | |
| UNITED STATES OF AMERICA, | § | |
| Defendant-Respondent. | § | |

## ORDER

For the reasons provided in the Order Adopting Magistrate Judge's Report and Recommendation entered the First day of October, 2002, Plaintiff's Reconsideration Motion (Doc. 13) is hereby DENIED.

DONE this 14th day of November, 2002 in Brownsville, Texas.

Filemon B. Vela
United States District Judge