IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

DEC 20 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| MANUEL CRUZ-ISLAS,<br>Plaintiff-Petitioner, | §<br>§<br>§ | |
| v. | § | CIVIL ACTION NO. B-02-105 |
| UNITED STATES OF AMERICA,<br>Defendant-Respondent. | §<br>§<br>§ | |

## ORDER DENYING CERTIFICATE OF APPEALABILITY

This Court dismissed Petitioner's Motion to Vacate, Set Aside, or Correct Petitioner's Sentence pursuant to 28 U.S.C. § 2255 on the first day of October, 2002. (Doc. 12). This Court then denied Petitioner's Reconsideration Motion on November 14, 2002. (Doc. 14). Petitioner also filed a Notice of Appeal with his Reconsideration Motion on October 9, 2002. (Doc. 13). Rule 22 (b) of the Federal Rules of Appellate Procedure requires that the District Court rule on the issuance of a Certificate of Appealability upon the filing of a Notice of Appeal. An applicant cannot perfect an appeal without the Certificate of Appealability.

The standard for such a certificate is set forth in 28 U.S.C. § 2253. In order to issue the Certificate of Appealability, the applicant must make a substantial showing of the denial of a constitutional right. In this Court's judgment, the Petitioner has failed to make such a showing and therefore, the Certificate of Appealability is hereby DENIED.

DONE this 20th day of December, 2002 in Brownsville, Texas.

Filemon B. Vela
United States District Judge