IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JAN 1 5 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| MANUEL CRUZ-ISLAS, | § | |
| PETITIONER, | § | |
| vs, | § | CIVIL ACTION # B-02-CV-105 |
| UNITED STATES OF AMERICA, | § | CRIM. CAUSE # B-99-CR-263 |
| RESPONDENT. | § | |

### PETITIONER'S NOTICE OF APPEAL

COMES NOW defendant Manuel Cruz-Islas with his pro-se notice of appeal final judgment order on 28 USC § 2255 and his COA [Certificate of Appealability].

Defendant hereby moves pursuant to FRApp.P Rule 4(a) and 10(a) for the record to be forwared to the Fifth Circuit Court of Appeals.

RESPECTFULLY PRESENTED this 7th. day of january 2003 pursuant to the prison legal mail procedures set forth under the <u>Houston v Lack</u>, 487 U.S. 266 (1988) procedures. I declare to have served the Clerk of the Court with an original and two copies of said motion.

            Manuel Cruz Islas
            MANUEL CRUZ-ISALS   PRO-SE
            REG. NO. 86510-079
            UNITED STATES PENITENTIARY
            P.O. BOX 26030 D/B UNIT
            BEAUMONT, TEXAS 77720-60

c.c. files

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

DEC 20 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| MANUEL CRUZ-ISLAS, | § | |
| Plaintiff-Petitioner, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-02-105 |
| | § | |
| UNITED STATES OF AMERICA, | § | |
| Defendant-Respondent. | § | |

## ORDER DENYING CERTIFICATE OF APPEALABILITY

This Court dismissed Petitioner's Motion to Vacate, Set Aside, or Correct Petitioner's Sentence pursuant to 28 U.S.C. § 2255 on the first day of October, 2002. (Doc. 12). This Court then denied Petitioner's Reconsideration Motion on November 14, 2002. (Doc. 14). Petitioner also filed a Notice of Appeal with his Reconsideration Motion on October 9, 2002. (Doc. 13). Rule 22 (b) of the Federal Rules of Appellate Procedure requires that the District Court rule on the issuance of a Certificate of Appealability upon the filing of a Notice of Appeal. An applicant cannot perfect an appeal without the Certificate of Appealability.

The standard for such a certificate is set forth in 28 U.S.C. § 2253. In order to issue the Certificate of Appealability, the applicant must make a substantial showing of the denial of a constitutional right. In this Court's judgment, the Petitioner has failed to make such a showing and therefore, the Certificate of Appealability is hereby DENIED.

DONE this 20th day of December, 2002 in Brownsville, Texas.

Filemon B. Vela
United States District Judge