IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

FEB 2 6 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| MANUEL CRUZ-ISLAS,<br>Plaintiff-Petitioner, | § § § | |
| VS | § | CIVIL ACTION NO. B- 02-105 |
| UNITED STATES OF AMERICA,<br>Defendant, Respondent. | § § § § | CR-B-99-263 |

## ORDER DENYING MOTION TO PROCEED
## IN FORMA PAUPERIS ON APPEAL

The Court, after a de novo review of the file, finds that Petitioner raises no non-frivolous issues on appeal and therefore, hereby DENIES Petitioner's Motion to Proceed in Forma Pauperis on appeal (Doc. 15).

DONE in Brownsville, this 26th day of February, 2003.

Filemon B. Vela
United States District Judge