IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 03-40172
USDC Nos. B-02-CV-105
          B-99-CR-263-ALL

U.S. COURT OF APPEALS
FILED
MAY 13 2003
CHARLES R. FULBRUGE III
CLERK

UNITED STATES OF AMERICA,

                Plaintiff-Appellee,

versus

MANUEL CRUZ-ISLAS,

                Defendant-Appellant.

United States District Court
Southern District of Texas
FILED
MAY 16 2003
Michael N. Milby
Clerk of Court

Appeal from the United States District Court
for the Southern District of Texas

O R D E R:

    Manuel Cruz-Islas ("Cruz-Islas"), federal inmate #86510-079, requests a certificate of appealability ("COA") to appeal the district court's dismissal of his 28 U.S.C. § 2255 motion to vacate, set aside, or correct his sentence in which he challenged his sentence for illegal reentry into the United States following deportation. Cruz-Islas argues that his attorney was ineffective at his resentencing hearing which resulted in the district court denying his request for a downward departure in his sentence.

    To obtain a COA, Cruz-Islas must make a substantial showing of the denial of a constitutional right. See 28 U.S.C. § 2253(c). Cruz-Islas must show that reasonable jurists could debate whether (or, for that matter, agree that) the motion

ORDER
No. 03-40172
-2-

should have been resolved in a different manner or that the issues presented were adequate to deserve encouragement to proceed further. <u>Slack v. McDaniel</u>, 529 U.S. 473, 484 (2000).

Cruz-Islas has failed to make a substantial showing of the denial of a constitutional right. <u>See</u> <u>Strickland v. Washington</u>, 466 U.S. 668, 688 (1984). Because Cruz-Islas has not shown that the district court's resolution of his claims is debatable, a COA is DENIED. Cruz-Islas' motion to proceed *in forma pauperis* on appeal is also DENIED.

/s/ E. Grady Jolly
_____
E. GRADY JOLLY
UNITED STATES CIRCUIT JUDGE

A true copy
Test
Clerk, U.S. Court of Appeals, Fifth Circuit
By _____
Deputy
New Orleans, Louisiana    MAY 13 2003

# *United States Court of Appeals*

FIFTH CIRCUIT
OFFICE OF THE CLERK

CHARLES R. FULBRUGE III
CLERK

TEL. 504-310-7700
600 CAMP STREET
NEW ORLEANS, LA 70130

May 13, 2003

Mr Michael N Milby, Clerk
Southern District of Texas, Brownsville
United States District Court
Room 1158
600 E Harrison Street
Brownsville, TX 78520

      No. 03-40172 USA v. Cruz-Islas
      USDC No.  B-02-CV-105
                  B-99-CR-263-ALL

Enclosed is a certified copy of the judgment issued as the mandate.

Record/original papers/exhibits are returned:

( 5 ) Volumes    ( 1 ) Sealed Envelope    (  ) Boxes

                    Sincerely,

                    CHARLES R. FULBRUGE III, Clerk

                    By: _____
                        Jodi Rodrigue, Deputy Clerk
                        504-310-7718

cc: w/encl:
    Mr James Lee Turner
    Mr Manuel Cruz-Islas

MDT-1